IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Iradj Rahmani, Individually and d/b/a Highland Inn; Mahin Rahmani, Individually and d/b/a Highland Inn,<br><br>        Defendants. | 2:10-cv-01670-GEB-KJN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER |

        Plaintiff's Status Report filed October 30, 2010, reveals this case is not ready to be scheduled since Plaintiff states in the Status Report that "Defendants have been served, but have not answered[, and the parties] are currently in the process of finalizing a settlement agreement." (ECF No. 7, 2:13-16.)

        Therefore, the Status (Pretrial Scheduling) Conference set for November 15, 2010 is continued to December 13, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference. If the action does not settle, as Plaintiff indicates, Plaintiff must address what action he is taking to prosecute this action against defendants in the status report.

Dated: November 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge